# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH A. WASKO,<br><br>    Petitioner,<br><br>  v.<br><br>CAPTAIN MALOTTI,<br><br>    Respondent. | No. EDCV 11-806-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: August 26, 2011

                                                GEORGE H. WU<br>
                                  UNITED STATES DISTRICT JUDGE